IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02346-PAB-KLM

MARK LUECKE, an individual,

    Plaintiff,

v.

CV M&A OLD, LLC, a Colorado limited liability company,
CAPITAL VALUE ADVISORS, LLC, a Colorado limited liability company,
THE SILVERCLOUD COMPANIES, INC., a Colorado corporation,
CHRISTOPHER J. YOUNGER, an individual,
DKGC INVESTMENTS, LLC, a Colorado limited liability company, and
DAVID TOLSON, JR., an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Complaint Caption** [Docket No. 6; Filed October 6, 2009] (the "Motion").  As no answers have been filed, Plaintiff is free to amend his Complaint once as a matter of course pursuant to Fed. R. Civ. P. 15(a) without seeking leave of Court.  Instead, Plaintiff seeks Court assistance in resolving a clerical error with the transcription of one of the names of Defendants on his operative Complaint.  Specifically, Defendant KGC Investments, LLC is not the party's proper name.  Rather, Plaintiff informs the Court that he intended to sue DKGC Investments, LLC.  Plaintiff seeks to amend the case caption to reflect this change.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The case caption shall be amended as set forth in the caption above.  Specifically, all future pleadings shall replace Defendant KGC Investments, LLC with Defendant DKGC Investments, LLC.

    IT IS FURTHER **ORDERED** that, in conjunction with service of the Summons and Complaint [#1] on Defendant DKGC Investments, LLC, Plaintiff shall serve a copy of this Minute Order.

Dated:  October 7, 2009